1  PETER KMETO
   Attorney At Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 318
3  Sacramento, Ca. 95814
   (916)444-7420: (916)441-6714
4

5  Attorneys for Defendant
   Jesus Javier Huiltron Sanchez
6

7
                       UNITED STATES DISTRICT COURT
8                      EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA           CASE No.2:05-cr-0443 WBS
              Plaintiff,
10                                    **AMENDED**
                                      STIPULATION AND ORDER
11                                    CONTINUING STATUS CONFERENCE
                                      AND FINDING EXCLUDABLE TIME
12
      v.
13
   Jesus Javier Huiltron Sanchez
14
              Defendant,
15 _____/

16    Defendant Jesus Javier Huiltron Sanchez through his

17 attorney PETE KMETO, and the United States of America, through

18 its counsel of record, Christine Watson, stipulate and agree to

19 the following:

20    1. The presently scheduled date of January 18,2006

21       for Status Conference Hearing shall be vacated and said Status

22       Conference Hearing be rescheduled for February 16, 2006 at

23       2:00 p.m.

24    2. Additional discovery is due to be provided shortly and

25       Defense counsel requires additional time to review same.

26    3. The Court may exclude Speedy Trial time pursuant to 18

27       U.S.C.§ 3161(h)(8)(A) and (B)(ii),(Local Codes T-4), for

28

             defense counsel's review of additional discovery and

1 phone records.

2

3 IT IS SO STIPULATED.
   Dated: 1/17/06                    /s/ Christine Watson
4                                    Assistant U.S. Attorney
                                     for the Government
5

6
   IT IS SO STIPULATED.
7  Dated: 1/17/06                    /s/ Peter Kmeto
                                     Attorney for Defendant
8                                    Jesus Huiltron Sanchez

9

10 IT IS SO STIPULATED.              /s/ Preciliano Martinez
   Dated: 1/17/06                    Preciliano Martinez Attorney
11                                   for Francicso Perez Lucatero

12 IT IS SO STIPULATED.
   Dated: 1/17/06                    /s/ Robert Forkner
13                                   Robert Forkner, Attorney for
                                     Espiridon Valdovinos Lucatero
14

15 IT IS SO STIPULATED.              /s/ Daniel J. Broderick
   Dated: 1/17/06                    Daniel J. Broderick, Attorney for
16                                   Narcisco Gallegos Morales

17

18

19

20

21

22

23

24

25

26

27

28

1

2                              **ORDER**

3         UPON GOOD CAUSE SHOWN and the stipulation of all

4 parties, it is ordered that the Status Conference be continued as

5 set forth above.

6         The Court finds excludable time pursuant to 18 U.S.C. §

7 3161 (h)(8)(A) and (B)(ii), (Local Codes T-4) until February

8 16, 2006 to permit defense counsel to prepare for pretrial

9 proceedings.

10

11 Dated:   January 18, 2006

12

13                          _____
                            WILLIAM B. SHUBB
14                          UNITED STATES DISTRICT JUDGE

- 3 -