PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: JESUS JAVIER HUILTRON SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>        Plaintiff,                   )<br>                                      )<br>                                      )<br>    vs.                               )<br>                                      )<br>JESUS JAVIER HUILTRON SANCHEZ,        )<br>ESPIRIDION VALDOVINOS LUCATERO,       )<br>FRANCISCO PEREZ LUCATERO, and,        )<br>NARCISCO GALLEGOS MORALES,            )<br>                                      )<br>        Defendants.                   )<br>_____)  | No. CR-S-05-0443 WBS<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS<br>CONFERENCE AND FINDING<br>OF EXCLUDABLE TIME |

Defendants, JESUS JAVIER HUILTRON SANCHEZ, ESPIRIDION VALDOVINOS LUCATERO, FRANCISCO PEREZ LUCATERO, and, NARCISCO GALLEGOS MORALES, through their attorneys, PETER KMETO, ROBERT FORKNER, PERCY MARTINEZ and, DANIEL BRODERICK, respectively, and the United States of America, through its counsel of record, CHRISTINE S. WATSON,, stipulate and agree to the following:

1. The presently scheduled date of April 12th 2006  for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for May 3rd 2006 at 9:00 a.m..

2. Draft Plea Agreements have recently been distributed to all parties and the defendants and their lawyers require this time in order to discuss the terms of

1  the agreements with their clients and make whatever amendments to the
2  those agreements which will be necessary.
3  3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. §
4  3161(h)(8)(A) and (B)(iv), (Local Code T-4), for defense counsel's review of
5  recently provided Draft Plea Agreements.
6  IT IS SO STIPULATED.

7  Dated: _____          /s/_____
                            CHRISTINE S. WATSON
8                           Assistant U.S. Attorney
                            for the Government
9

10

11 Dated: _____          /s/_____
                            PETER KMETO
12                          Attorney for Defendant
                            JESUS JAVIER HUILTRON SANCHEZ
13

14

15
   Dated: _____          /s/_____
16                          ROBERT FORKNER
                            Attorney for Defendant
17                          ESPIRIDION VALDOVINOS
                            LUCATERO
18

19

20 Dated: _____          /s/_____
                            PERCY MARTINEZ
21                          Attorney for Defendant
                            FRANCISCO PEREZ LUCATERO
22

23

24
   Dated: _____          /s/_____
25                          DANIEL BRODERICK
                            Attorney for Defendant
26                          NARCISCO GALLEGOS MORALES

27

28

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), (Local Code T-4) until May 3rd 2006 to permit defense counsel to review recently provided Draft Plea Agreements with their clients.

DATED: April 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE