1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California  95814
   Telephone (916) 498-5700
4
   Attorney for Defendant
5  NARCISCO GALLEGOS MORALES

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   No. CR-S-05-443 WBS
                               )
12           Plaintiff,        )   **STIPULATION AND [PROPOSED]**
                               )   **ORDER CONTINUING STATUS**
13     v.                      )   **CONFERENCE AND EXCLUDING TIME**
                               )
14 JESUS JAVIER SANCHEZ,       )
   ESPIRIDION LUCATERO,        )   Date:  May 24, 2006
15 FRANCISCO LUCATERO, and     )   Time:  9:00 a.m.
   NARCISCO GALLEGOS MORALES.  )   Judge: William B. Shubb
16                             )
             Defendants.       )
17 _____)

18

19      Defendants, JESUS JAVIER HUILTRON SANCHEZ, ESPIRIDION VALDOVINOS

20 LUCATERO, FRANCISCO PEREZ LUCATERO, and NARCISCO GALLEGOS MORALES,

21 through their attorneys, PETER KMETO, ROBERT FORKNER, PERCY MARTINEZ,

22 and DANIEL BRODERICK, respectively, and the United States of America,

23 through its counsel of record, CHRISTINE S. WATSON, stipulate and agree

24 to the following:

25      1.  The presently scheduled date of May 3, 2006 for Status

26 Conference hearing shall be vacated and the case be rescheduled for

27 change of plea on May 24, 2006 at 9:00 a.m.

28      2.  Draft Plea Agreements have been distributed to all parties and

1 the defendants and their lawyers require this time in order to discuss
2 the terms of the agreements with their clients and make whatever
3 amendments to those agreements which will be necessary.
4    3.  The Court may exclude Speedy Trial time pursuant to 18 U.S.C.
5 § 3161(h)(8)(A) and (B)(iv) and Local Code T-4 for defense counsels'
6 review of recently provided Draft Plea Agreements.
7 IT IS SO STIPULATED.
8 Dated: May 2, 2006                         /s/ Christine S. Watson
9                                            _____
                                             CHRISTINE S. WATSON
                                             Assistant U.S. Attorney
10
11                                           /s/ Peter Kmeto
12                                           _____
                                             PETER KMETO
                                             Attorney for Defendant
13                                           JESUS JAVIER HUILTRON SANCHEZ
14
                                             /s/ Robert Forkner
15                                           _____
                                             ROBERT FORKNER
16                                           Attorney for Defendnat
                                             ESPIRIDION VALDOVINOS LUCATERO
17
18                                           /s/ Percy Martinez
19                                           _____
                                             PERCY MARTINEZ
                                             Attorney for Defendant
20                                           FRANCISCO PEREZ LUCATERO
21
                                             /s/ Daniel S. Broderick
22                                           _____
                                             DANIEL S. BRODERICK
23                                           Attorney for Defendant
                                             NARCISO GALLEGOS MORALES
24
25                                          **ORDER**
26    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
27 ordered that the case be continued for change of plea on to May 24,
28 2006 at 9:00 a.m.

Stip. Continuing Status Conference        2

1  The Court finds excludable time pursuant to 18 U.S.C. §
2 3161(h)(8)(A) and (B)(iv) and Local Code T-4 until May 24, 2006 to
3 permit defense counsel to review provided Draft Plea Agreements with
4 their clients.
5 Dated:  May 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE