PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: JESUS JAVIER HUILTRON SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0443 WBS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FINDING OF EXCLUDABLE TIME |
| vs. | |
| JESUS JAVIER HUILTRON SANCHEZ, ESPIRIDION VALDOVINOS LUCATERO, FRANCISCO PEREZ LUCATERO, and, NARCISCO GALLEGOS MORALES, | |
| Defendants. | |

Defendants, JESUS JAVIER HUILTRON SANCHEZ, ESPIRIDION VALDOVINOS LUCATERO, FRANCISCO PEREZ LUCATERO, and, NARCISCO GALLEGOS MORALES, through their attorneys, PETER KMETO, ROBERT FORKNER, PERCY MARTINEZ and, DANIEL BRODERICK, respectively, and the United States of America, through its counsel of record, SAMUEL WONG, stipulate and agree to the following:

   1. The presently scheduled date of May 24, 2006 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for June 21, 2006 at 9:00 a.m..

   2. Draft Plea Agreements have been distributed to all parties and the defendants and their lawyers require further time in order to discuss the

terms of the agreements with their Spanish speaking clients and make whatever amendments to the those agreements which will be necessary.

3. SAMUEL WONG, AUSA has recently substituted in as counsel for the government and negotiations must be concluded with him;

4. Debriefings need to be conducted with all defendants to help determine safety valve eligibility;

5. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), (Local Code T-4), for defense counsel's review of recently provided Draft Plea Agreements with each client and conduct further settlement discussions with the government.

IT IS SO STIPULATED.

Dated:   May 22, 2006                    /s/
                                         SAMUEL WONG
                                         Assistant U.S. Attorney
                                         for the Government


Dated:   May 22, 2006                    /s/
                                         PETER KMETO
                                         Attorney for Defendant
                                         JESUS JAVIER HUILTRON SANCHEZ


Dated:   May 22, 2006                    /s/
                                         ROBERT FORKNER
                                         Attorney for Defendant
                                         ESPIRIDION VALDOVINOS
                                         LUCATERO


Dated:   May 22, 2006                    /s/
                                         PERCY MARTINEZ
                                         Attorney for Defendant
                                         FRANCISCO PEREZ LUCATERO

Dated:  May 22, 2006                        /s/
                                            DANIEL BRODERICK
                                            Attorney for Defendant
                                            NARCISCO GALLEGOS MORALES

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), (Local Code T-4) from the date of the stipulation until and including  June 21, 2006 to permit allow defense counsel time to advise their Spanish speaking clients of the ramification of the propose plea offers and allow newly appointed government counsel and defense counsel to conclude settlement negotiations.

DATED:  May 23, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE