```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California  95814
    Telephone (916) 498-5700
 4
    Attorney for Defendant
 5  NARCISCO GALLEGOS MORALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-443 WBS |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JESUS JAVIER SANCHEZ, | ) | |
| ESPIRIDION LUCATERO, | ) | |
| FRANCISCO LUCATERO, and | ) | Date: August 16, 2006 |
| NARCISCO GALLEGOS MORALES. | ) | Time: 9:00 a.m. |
| | ) | Judge: William B. Shubb |
| Defendants. | ) | |
| | ) | |

Defendants, JESUS JAVIER HUILTRON SANCHEZ, ESPIRIDION VALDOVINOS LUCATERO, FRANCISCO PEREZ LUCATERO, and NARCISCO GALLEGOS MORALES, through their attorneys, PETER KMETO, ROBERT FORKNER, PERCY MARTINEZ, and DANIEL BRODERICK, respectively, and the United States of America, through its counsel of record, SAMUEL WONG, stipulate and agree to the following:

  1.  The presently scheduled status conference date of July 26, 2006 shall be vacated and the case be rescheduled for further status conference on August 16, 2006 at 9:00 a.m.

  2.  Counsel for NARCISO GALLEGOS MORALES will be out of the

1  district appearing at the Ninth Circuit Court of Appeals for oral
2  argument on the presently scheduled date.  Further, negotiations are
3  continuing toward resolution of the case and the parties need
4  additional time to conduct further settlement discussions with the
5  government as counsel for NARCISCO GALLEGOS MORALES has been
6  unavailable to participate in efforts to resolve this case as described
7  in the accompanying Declaration of Daniel J. Broderick.
8       3.  Time from the date of this stipulation to and including the
9  proposed August 16, 2006, status conference shall be excluded from
10 computation of time within which the trial of this matter must be
11 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
12 3161(h)(8)(A) and (B)(iv) and Local Code T-4, continuity of defense
13 counsel and time for defense counsel to prepare, for conducting further
14 settlement discussions with the government, and to permit defense
15 counsel time to advise their Spanish speaking clients of the
16 ramifications of the proposed plea offers.
17 IT IS SO STIPULATED.
18 Dated:  July 24, 2006                    /s/ Samuel Wong
19                                          _____
                                            SAMUEL WONG
                                            Assistant U.S. Attorney
20

21                                          /s/ Peter Kmeto
22                                          _____
                                            PETER KMETO
                                            Attorney for Defendant
23                                          JESUS JAVIER HUILTRON SANCHEZ
24
                                            /s/ Robert Forkner
25
                                            _____
26                                          ROBERT FORKNER
                                            Attorney for Defendant
                                            ESPIRIDION VALDOVINOS LUCATERO
27
28

|   |   |
|---|---|
| 1 | /s/ Percy Martinez |
| 2 | _____ |
|   | PERCY MARTINEZ |
|   | Attorney for Defendant |
| 3 | FRANCISCO PEREZ LUCATERO |

/s/ Daniel S. Broderick

_____
DANIEL S. BRODERICK
Attorney for Defendant
NARCISCO GALLEGOS MORALES

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 26, 2006 status conference be continued to August 16, 2006 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time from the date of this stipulation to and including the proposed August 16, 2006, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, continuity of defense counsel and time for defense counsel to prepare, for conducting further settlement discussions with the government, and to permit defense counsel time to advise their Spanish speaking clients of the ramifications of the proposed plea offers.

Dated:  July 25, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. Continuing Status Conference       3