```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,         )
                                      )  CR. NO. S-05-443 WBS
10            Plaintiff,              )
                                      )  STIPULATION AND ORDER TO
11       v.                           )  CONTINUE STATUS CONFERENCE FOR
                                      )  DEFENDANTS JESUS SANCHEZ,
12  JESUS JAVIER HUILTRON SANCHEZ,    )  ESPIRIDION LUCATERO, AND
                                      )  FRANCISCO LUCATERO
13  et al,                            )
                                      )
14            Defendants.             )  Date: August 16, 2006
                                      )  Time: 9:00 a.m.
15  _____ )  Court: Hon. William B. Shubb
16
```

17      It is hereby stipulated by and between defendants Jesus
18  Javier Huiltron Sanchez, Espiridion Valdovinos Lucatero, and
19  Francisco Perez Lucatero, through their attorneys, Peter Kmeto,
20  Esq., Robert Forkner, Esq., and Percy Martinez, Esq.,
21  respectively, and plaintiff United States of America, through its
22  counsel of record, Assistant United States Attorney Samuel Wong,
23  that:
24      1.  The presently scheduled status conference date of August
25  16, 2006, at 9:00 a.m., shall be vacated for these three
26  particular defendants and the case be rescheduled for these
27  defendants for further status conference on August 23, 2006 at
28  9:00 a.m.  This stipulation shall have no effect on the presently

1

scheduled August 16, 2006, at 9:00 a.m., status conference for defendant Narcisco Gallegos Morales.

    2. The reasons for the requested continuance of the status conference are that Mr. Kmeto, counsel for defendant Jesus Javier Huiltron Sanchez; Mr. Forkner, counsel for defendant Espiridion Valdovinos Lucatero; and Mr. Martinez, counsel for defendant Francisco Perez Lucatero, have scheduling conflicts with the presently set August 16, 2006, status conference date as described in the accompanying Declaration of Samuel Wong.  In summary, Messrs. Kmeto and Martinez will be in trial on other cases at that time, and Mr. Forkner has an upcoming trial in another case the very near future that necessitates the continuance in the status conference in this case to allow him an opportunity to prepare for his trial in the other case.

    3. Time from the date of this stipulation to, and including, the proposed August 23, 2006, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, pertaining to continuity of defense counsel.

Dated: August 15, 2006          /s/ Samuel Wong
                                                  _____
                                                  SAMUEL WONG
                                                  Assistant U.S. Attorney

Dated: August 15, 2006          /s/ Peter Kmeto
                                                  _____
                                                  PETER KMETO
                                                  Attorney for Defendant
                                                  JESUS JAVIER HUILTRON SANCHEZ

Dated:  August 15, 2006              /s/ Robert Forkner
                                     _____
                                     ROBERT FORKNER
                                     Attorney for Defendant
                                     ESPIRIDION VALDOVINOS LUCATERO


Dated:  August 15, 2006              /s/ Percy Martinez
                                     _____
                                     PERCY MARTINEZ
                                     Attorney for Defendant
                                     FRANCISCO PEREZ LUCATERO

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the pertinent parties, it is ordered that the August 16, 2006, at 9:00 a.m., status conference be continued to August 23, 2006, at 9:00 a.m., for defendants Jesus Javier Huiltron Sanchez, Espiridion Valdovinos Lucatero, and Francisco Perez Lucatero only.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time from the date of this stipulation to, and including, the proposed August 23, 2006, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, pertaining to continuity of defense counsel.

Dated:  August 15, 2006

                                     /s/ William B. Shubb
                                     _____
                                     WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

3