```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  CR. NO. S-05-443 WBS
12            Plaintiff,           )
                                   )  STIPULATION AND ORDER TO
13       v.                        )  CONTINUE STATUS CONFERENCE
                                   )  FOR ALL DEFENDANTS
14  JESUS JAVIER HUILTRON SANCHEZ, )
                                   )
15  et al,                         )
                                   )
16            Defendants.          )  Date: August 23, 2006
                                   )  Time: 9:00 a.m.
17  _____)  Court: Hon. William B. Shubb
18
```

19      It is hereby stipulated by and between defendants Jesus

20  Javier Huiltron Sanchez, Espiridion Valdovinos Lucatero,

21  Francisco Perez Lucatero, and Narcisco Gallegos Morales, through

22  their attorneys, Peter Kmeto, Esq., Robert Forkner, Esq., Percy

23  Martinez, Esq., and Federal Defender Daniel Broderick,

24  respectively, and plaintiff United States of America, through its

25  counsel of record, Assistant United States Attorney Samuel Wong,

26  that:

27      1.  The presently scheduled status conference date of August

28  23, 2006, at 9:00 a.m., shall be vacated for all defendants and

1

the case be rescheduled for further status conference on September 13, 2006 at 9:00 a.m.

2.  The reason for the requested continuance of the status conference is that Mr. Kmeto, counsel for defendant Jesus Javier Huiltron Sanchez, is and will be in trial for the next two weeks and is unavailable for a status conference on August 23, 2006, as described in the accompanying Declaration of Samuel Wong.  The parties had previously anticipated that three of the four defendants, namely, Jesus Javier Huiltron Sanchez, Espiridion Valdovinos Lucatero, and Francisco Perez Lucatero, would change their pleas in a "package deal" that would be effected by the contemporaneous guilty pleas by these three defendants.  However, because of Mr. Kmeto's unavailability on August 23, 2006, the package deal cannot go forward on that date.  Also, Federal Defender Broderick, who represents defendant Morales, desires to keep his client on the same status conference date as the remaining defendants.

3.  Time from the date of this stipulation to, and including, the proposed September 13, 2006, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, pertaining to continuity of defense counsel.

Dated:  August 22, 2006                /s/ Samuel Wong
                                       _____
                                       SAMUEL WONG
                                       Assistant U.S. Attorney

```
1  Dated:  August 22, 2006           /s/ Peter Kmeto
2                                    _____
                                     PETER KMETO
                                     Attorney for Defendant
3                                    JESUS JAVIER HUILTRON SANCHEZ
4
5  Dated:  August 22, 2006           /s/ Robert Forkner
6                                    _____
                                     ROBERT FORKNER
                                     Attorney for Defendant
7                                    ESPIRIDION VALDOVINOS LUCATERO
8
9  Dated:  August 22, 2006           /s/ Percy Martinez
10                                   _____
                                     PERCY MARTINEZ
                                     Attorney for Defendant
11                                   FRANCISCO PEREZ LUCATERO
12
13 Dated:  August 22, 2006           /s/ Daniel Broderick
14                                   _____
                                     DANIEL BRODERICK
                                     FEDERAL DEFENDER
15                                   Attorney for Defendant
                                     NARCISCO GALLEGOS MORALES
16
17
18         _____
19
```

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 23, 2006, at 9:00 a.m., status conference be vacated and continued to September 13, 2006, at 9:00 a.m., for all defendants.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time from the date of this stipulation to, and

3

including, the proposed September 13, 2006, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, pertaining to continuity of defense counsel.

Dated:  August 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE